IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09CV02184-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2009

GREGORY C. LANGHAM
CLERK

ISMAEL ARENAS GONZALEZ,

    Petitioner,

v.

WARDEN MARTY ANDERSON, and or Any Other Warden that May Hold Me in Thier [sic] Custody of Thier [sic] Facility From this Date on 9-1, 2009,

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCIES

Petitioner has submitted an "Application to Proceed Without Prepayment of Fees and Affidavit" and a "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers which the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   X    is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)  __   other:_____.

**Complaint, Petition or Application:**
(11)  __   is not submitted
(12)  X    is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court. Only an original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __   names in caption do not match names in text
(19)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and

2

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___14th___ day of ___September___, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   09CV02184

Ismael Arenas Gonzales
Reg. No. 32780-013
Federal Medical Center
P.O. Box 4000
Springfield, MO 65801-4000

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on 9/14/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk